Rosa Pritchard, Appellant, v. Jacob Ruppert, Respondent.

*Pritchard* v. *Ruppert,* 122 App. Div. 922, affirmed.
(Argued October 3, 1910; decided October 25, 1910.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action by a tenant to recover from her landlord for personal injuries alleged to have been received through the fall of a ceiling.

*George B. Class* for appellant.

*Theodore H. Lord* and *Lyman A. Spalding* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Haight, Vann Werner, Willard Bartlett, Hiscock and Chase, JJ.

---

Jacob Dilcher, Respondent, v. Michael Nellany,
Appellant.

*Dilcher* v. *Nellany,* 129 App. Div. 932, affirmed.
(Argued October 3, 1910; decided October 25, 1910.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 26, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action on contract.

*Adelbert Moot, Helen Z. M. Rogers* and *Edward W. Hatch* for appellant.

*Simon Fleischmann* and *Arthur H. Williams* for respondent.